UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | 05-2034 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY D. HARRIS d/b/a HARRIS CUSTOM COMMUNICATIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On February 8, 2005, the plaintiff filed this action against the defendant and a summons issued.  On April 1, 2005, the clerk signed an alias summons.  On April 14, 2005, the defendant was personally served with the summons and complaint.  To date, he has not entered an appearance in this action.

On June 17, 2005, the plaintiff filed a motion for entry of default.  At a motion hearing by telephone conference call on July 20, 2005, the court granted the motion for entry of default.

On July 22, 2005, the plaintiff filed motion for default judgment.  The defendant was notified by mail of the motion for entry of default and the motion for default judgment.

The plaintiff's motion for default judgment [#7] is granted.  A judgment is entered in favor of the plaintiff and against the defendant for delinquent contributions for the months of August through December 2004.  The defendant is further ordered to remit contribution reporting forms for the months of August through December 2004, and is ordered to perform and continue to perform all its obligations to the plaintiff, particularly to furnish to the plaintiff the required contribution reports and payments heretofore referred to.  The defendant is also ordered to pay to the plaintiff its attorney fees in the amount of $2,561.75 as provided by the trust agreement and ERISA, 29 U.S.C. § 1132(g)(2), and in addition, the defendant is ordered to pay all costs attendant to the plaintiff's motion for default judgment.

Entered this   10th   day of August, 2005.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE